UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-mj-8105-BER

UNITED STATES OF AMERICA

v.

Adam SANCHEZ-LOPEZ,
a/k/a "Adam LOPEZ," and
a/k/a "Adan LOPEZ-SANCHEZ,"

　　　　　　　　　　　Defendant.
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　JASON A. REDING QUIÑONES
　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　BY: /s/ John C. McMillan
　　　　　　　　　　　JOHN C. McMILLAN
　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　Admin. No. A5500228
　　　　　　　　　　　500 S. Australian Ave., Suite 400
　　　　　　　　　　　West Palm Beach, FL 33401
　　　　　　　　　　　Office:   (561) 820-8711
　　　　　　　　　　　John.mcmillan@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Adam SANCHEZ-LOPEZ,<br>a/k/a "Adam LOPEZ," and<br>a/k/a "Adan LOPEZ-SANCHEZ,"<br><br>*Defendant(s)* | Case No. 26-mj-8105-BER |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 18, 2026__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Reentry After Deportation (Prior Felon) |

FILED BY ___TM___ D.C.

**Feb 3, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Deportation Officer, ICE
*Printed name and title*

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (Facetime).

Digitally signed by
Bruce E. Reinhart
Date: 2026.02.03
15:44:10 -05'00'

Date: _____

_____
*Judge's signature*

City and state:  __West Palm Beach, Florida__      Bruce Reinhart, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT
## OF
## ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT
### Case No. 26-mj-8105-BER

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Adam SANCHEZ-LOPEZ, also known as Adam LOPEZ and Adan LOPEZ-SANCHEZ, committed the offense of illegal re-entry after removal as a prior convicted felon, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about January 18, 2026, Adam SANCHEZ-LOPEZ was arrested in Palm Beach County, Florida on an outstanding warrant for violation of probation. He was booked and detained at the Palm Beach County Jail.

4. A review of U.S. Department of Homeland Security (DHS) alien immigration records (commonly called an "A-File") establishes that Adam SANCHEZ-LOPEZ is a native and citizen of Guatemala. Said A-File records further establish that on

or about November 23, 2018, Adam SANCHEZ-LOPEZ was ordered removed from the United States following the felony DUI conviction referenced below. The Order of Removal was executed on or about June 25, 2019, whereby Adam SANCHEZ-LOPEZ was removed from the United States and returned to Guatemala.

5. SANCHEZ-LOPEZ's A-File records further show that on or about March 27, 2018, in the Circuit Court, Fifteenth Judicial Circuit, in and for Palm Beach County, Florida (PBCCC), Adam SANCHEZ-LOPEZ was convicted of the felony offenses of felony driving under the influence (3rd within 10 years) (enhanced) and unauthorized possession of driver's license or ID card, in PBCCC Case number 2017CF011147A.

6. Adam SANCHEZ-LOPEZ's fingerprints taken in connection with his January 18, 2026, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States on June 25, 2019, that is, Adam SANCHEZ-LOPEZ.

7. A record check was performed in the Computer Linked Application Informational Management System (CLAIMS) to determine if Adam SANCHEZ-LOPEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that Adam SANCHEZ-LOPEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about January 18, 2026, Adam SANCHEZ-LOPEZ, an alien who has previously been deported and removed from the United States following a felony conviction, was

found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

SWORN AND ATTESTED TO ME
TELEPHONICALLY (VIA FACETIME)
BY THE APPLICANT IN ACCORDANCE
WITH THE REQUIREMENTS OF
FED. R. CRIM. P. 4(d) AND 4.1 THIS
_____ DAY OF JANUARY, 2026.

Digitally signed by
Bruce E. Reinhart
Date: 2026.02.03
15:43:37 -05'00'

**BRUCE REINHART**
**UNITED STATES MAGISTRATE JUDGE**

3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Adam SANCHEZ-LOPEZ, a/k/a "Adam LOPEZ", a/k/a, "Adan LOPEZ-SANCHEZ"

**Case No**: 26-mj-8105-BER

**Count # 1**
**Reentry After Deportation (Prior Felon)**
**Title 8, United States Code, Section 1326(a) and 1326(b)(1)**
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000.00
* **Special Assessment:** $100.00
* **Immigration consequences of removal (deportation) from the United States upon conviction